NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MATTIE LOMAX,**
*Plaintiff-Appellant*

**v.**

**MIAMI POLICE DEPARTMENT, JOHNNIE BERNELL MATHIS,**
*Defendants-Appellees*

---

2023-1504

---

Appeal from the United States District Court for the Southern District of Florida in No. 1:12-cv-23836-JAL, Judge Joan A. Lenard.

---

PER CURIAM.

## O R D E R

Having considered Mattie Lomax's response to this court's March 23, 2023, order to show cause, we dismiss. "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement," *Bowles v. Russell*, 551 U.S. 205, 214 (2007), and, in order to be timely, a notice of appeal must generally be filed within 30 days after entry of final judgment, 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). Here, Ms. Lomax filed her notice of appeal nearly 10 years after the district court's entry of final

judgment in this case. At least because of this untimeliness, we lack jurisdiction over the appeal, and we cannot transfer under 28 U.S.C. § 1631 because the appeal would not be timely in any other court of appeals.

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each party shall bear its own costs.

FOR THE COURT

May 18, 2023                          /s/ Peter R. Marksteiner
    Date                              Peter R. Marksteiner
                                      Clerk of Court